# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; et al., <br><br> Defendants. | No. 18cv1541-MMA-LL <br><br> **ORDER GRANTING JOINT MOTION FOR A ONE-WEEK CONTINUANCE OF THE PRETRIAL MOTION DEADLINE** <br><br> [Doc. No. 41] |

Having reviewed the parties' Joint Motion for a One-Week Continuance of the Pretrial Motion Deadline, good cause appearing, the Court **GRANTS** the motion. Accordingly, the pretrial motion deadline (specifically, by which Defendants may file their summary judgment motions and all parties may file any *Daubert* motions), is continued by seven (7) calendar days, to **November 19, 2019**; and Plaintiffs' deadline to file their oppositions and cross-motions to Defendants' summary judgment motions is also continued by seven (7) calendar days, to **December 16, 2019**. All other related deadlines and requirements to remain as previously set under the operative briefing schedule (Doc. No. 39).

**IT IS SO ORDERED**.

DATE: November 5, 2019

_____
HON. MICHAEL M. ANELLO
United States District Judge