# Exhibit "A"

| | |
|---|---|
| 1 | THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654) |
| | County of San Diego |
| 2 | By RONALD LENERT, Senior Deputy (State Bar No. 277434) |
| | CHRISTINA I. VILASECA, Senior Deputy (State Bar No. 290910) |
| 3 | 1600 Pacific Highway, Room 355 |
| | San Diego, California 92101-2469 |
| 4 | Telephone: (619) 531-5805; (619) 531-4896; Fax: (619) 531-6005 |
| | E-mail: ronald.lenert@sdcounty.ca.gov |
| 5 | E-mail: christina.vilaseca@sdcounty.ca.gov |

Attorneys for Defendants County of San Diego (also erroneously sued as "San Diego Sheriff's Department"), William D. Gore, Drew Beatty, Adrien Carrillo (sued as "Adrian Carrillo"), Roland Garza, Joseph Kodadek, John Robledo, Scott Rossall, Frank Stalzer and Scott Winter

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, individually and as successor in interest to decedent, Kristopher Birtcher, by and through her Guardian ad Litem, Ryan Birtcher; MICHAEL BIRTCHER, individually; and CATHERINE BIRTCHER, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; SAN DIEGO SHERIFF'S DEPARTMENT; WILLIAM D. GORE, Sheriff; DREW BEATTY; ADRIAN CARRILLO; ROLAND GARZA; JOSEPH KODADEK; JOHN ROBLEDO; SCOTT ROSSALL; FRANK STALZER; SCOTT WINTER; and DOES 1-10, inclusive, <br><br> Defendants. | No. 18cv1541-MMA-LL <br><br> **DEFENDANTS' INITIAL EXPERT DISCLOSURES** <br><br> [F.R.C.P. 26(a)(2)(A), (C)] |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendants County of San Diego (also erroneously sued as "San Diego Sheriff's Department"), William D. Gore, Drew Beatty, Adrien Carrillo (erroneously sued as "Adrian Carrillo"), Roland Garza, Joseph Kodadek, John Robledo, Scott Rossall, Frank Stalzer and Scott Winter (collectively, "Defendants") hereby make their initial expert

disclosures pursuant to the provisions of Rule 26(a)(2), subdivisions (A) and (C), of the Federal Rules of Civil Procedure, as follows:

Defendants disclose the following retained expert testimony, in accordance with Federal Rule of Civil Procedure 26(a)(2)(A):

1. <mark>Jeffrey Martin (police procedures expert); curriculum vitae and fee schedule attached as Exhibit A.</mark>

2. Gary Michael Vilke, M.D. (emergency medicine and physiology expert); curriculum vitae and fee schedule attached as Exhibit B.

3. Matthew Joseph Steiner, M.D., Q.M.E. (drug addiction/rehabilitation expert); curriculum vitae and fee schedule attached as Exhibit C.

4. Binh T. Ly, M.D., FACMT, FACEP (toxicology expert); curriculum vitae and fee schedule attached as Exhibit D.

5. Robert B. Hall, Ph.D. (vocational rehabilitation expert); curriculum vitae and fee schedule attached as Exhibit E.

Furthermore, Defendants have identified the witnesses below as those who may present evidence under Federal Rules of Evidence 702, 703, or 705, but who are not retained or specially employed by Defendants to provide expert testimony. In accordance with the Court's operative scheduling order (Doc. No. 31), and with Federal Rule of Civil Procedure 26(a)(2)(C), Defendants submit the following summaries of these witnesses' expected testimony:

6. Robert Christopher Cross

The subject matter of Lt. Cross' expected testimony includes: law enforcement training in the areas of use of force, defensive tactics, arrest and control tactics, resistance perception, evasion techniques, summoning medical attention, PERT involvement, drug recognition in the field, and usage of restraints and equipment. Lt. Cross is expected to testify regarding national and state-wide training and performance standards in the above-referenced areas; the County of San Diego's training of, and its performance standards for, Sheriff's deputies in these areas, as well as its compliance with the pertinent national

and state-wide standards; the actions of the Sheriff's deputies in this case, and their compliance with the training they received, their performance expectations, and County policies/procedures. Lt. Cross may also testify in rebuttal to expert or opinion testimony in his area(s) of expertise.

7. Robert C. Stabley, M.D.

The subject matter of Dr. Stabley's expected testimony includes: the decedent's injuries, the cause(s) of death, and the medical examination (autopsy) of decedent's body and related findings. Dr. Stabley is expected to testify about the decedent's death; the definition of a "homicide" finding regarding cause of death; the decedent's time and speed of death; the autopsy procedure undertaken in this case; and the findings within the autopsy report and how each finding was reached.

DATED: April 22, 2019  THOMAS E. MONTGOMERY, County Counsel

By: *(signature)*
CHRISTINA I. VILASECA, Senior Deputy
Attorneys for Defendants County of San Diego (also erroneously sued as "San Diego Sheriff's Department"), William D. Gore, Drew Beatty, Adrien Carrillo (sued as "Adrian Carrillo"), Roland Garza, Joseph Kodadek, John Robledo, Scott Rossall, Frank Stalzer and Scott Winter

## Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On April 22, 2019, I served the following document(s): **DEFENDANTS' INITIAL EXPERT DISCLOSURES [F.R.C.P. 26 (a)(2)(A), (C)]** in the following manner:

☒ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

| | |
|---|---|
| Dale K. Galipo, Esq. | John Fattahi, Esq. |
| Law Offices of Dale K. Galipo | Law Office of John Fattahi |
| 21800 Burbank Boulevard, Suite 310 | 21250 Hawthorne Boulevard, Suite 700 |
| Woodland Hills, CA 91367 | Torrance, CA 90503 |
| Email: dalekgalipo@yahoo.com | Email: jfattahi@gmail.com |
| *(Attorney for Plaintiffs)* | *(Attorney for Plaintiffs)* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2019, at San Diego, California.

*/s/ April Sapida*
APRIL SAPIDA

A.B., et al. v County of San Diego, et al.;
USDC No. 18-cv-01541-MMA-LL