Exhibit "B"

THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By RONALD LENERT, Senior Deputy (State Bar No. 277434)
  CHRISTINA I. VILASECA, Senior Deputy (State Bar No. 290910)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5805; (619) 531-4896; Fax: (619) 531-6005
E-mail: ronald.lenert@sdcounty.ca.gov
E-mail: christina.vilaseca@sdcounty.ca.gov

Attorneys for Defendants County of San Diego (also erroneously sued as "San Diego Sheriff's Department"), William D. Gore, Drew Beatty, Adrien Carrillo (sued as "Adrian Carrillo"), Roland Garza, Joseph Kodadek, John Robledo, Scott Rossall, Frank Stalzer and Scott Winter

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, individually and as successor in interest to decedent, Kristopher Birtcher, by and through her Guardian ad Litem, Ryan Birtcher; MICHAEL BIRTCHER, individually; and CATHERINE BIRTCHER, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO; SAN DIEGO SHERIFF'S DEPARTMENT; WILLIAM D. GORE, Sheriff; DREW BEATTY; ADRIAN CARRILLO; ROLAND GARZA; JOSEPH KODADEK; JOHN ROBLEDO; SCOTT ROSSALL; FRANK STALZER; SCOTT WINTER; and DOES 1-10, inclusive, <br><br> Defendants. | No. 18cv1541-MMA-LL <br><br> **DEFENDANTS' AMENDED INITIAL EXPERT DISCLOSURES** <br><br> [F.R.C.P. 26(a)(2)(A), (C)] |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendants County of San Diego (also erroneously sued as "San Diego Sheriff's Department"), William D. Gore, Drew Beatty, Adrien Carrillo (erroneously sued as "Adrian Carrillo"), Roland Garza, Joseph Kodadek, John Robledo, Scott Rossall, Frank Stalzer and Scott Winter (collectively, "Defendants") hereby make their initial expert

disclosures pursuant to the provisions of Rule 26(a)(2), subdivisions (A) and (C), of the Federal Rules of Civil Procedure, as follows:

Defendants disclose the following retained expert testimony, in accordance with Federal Rule of Civil Procedure 26(a)(2)(A):

1. Jeffrey Martin

Mr. Martin is an expert in the fields of police procedures, use of force, use of electronic control weapons, and restraints. His curriculum vitae and fee schedule are attached as Exhibit A. Mr. Martin will provide testimony regarding the Defendants' tactics, including their use of TASER devices and restraints. With respect to the TASER deployments in this case, Mr. Martin will also provide testimony as to this weapon's operation and capabilities. He will discuss the uses of force applied to Kristopher Birtcher during the incident, including why this use of force was reasonable. He will also discuss the County's related policies and training programs, and their conformity with national standards.

2. Gary Michael Vilke, M.D.

Dr. Vilke is an expert in emergency medicine and physiology. His curriculum vitae and fee schedule are attached as Exhibit B. Dr. Vilke will provide testimony on the effects of methamphetamines and other drugs on Kristopher Birtcher. This will cover history of use, degenerative effects, and tolerance. Dr. Vilke will also provide testimony as to Mr. Birtcher's condition on the day of the incident and excited delirium, including his altered mental state, decreased pain threshold, metabolic burn, and cardiac stress. Dr. Vilke will provide testimony on emergency medical care provided to Mr. Birtcher, including expected response time for first responders, acceptable practices, and that the care rendered to Mr. Birtcher on the date of the incident was within accepted standards.

3. Matthew Joseph Steiner, M.D., Q.M.E.

Dr. Steiner is an expert in the fields of drug addiction and rehabilitation. His curriculum vitae and fee schedule is attached as Exhibit C. Dr. Steiner will provide testimony on Mr. Birtcher's history of substance abuse and drug addiction. He will

testify regarding the cycles of drug addiction, and as to the probability that Mr. Birtcher would have broken his addictions, changed his behaviors, or improved his lifestyle. He will testify as to Mr. Birtcher's repeated failures at rehabilitation programs and their indications for Mr. Birtcher's future behavior. Dr. Steiner will testify as to the long term effects of Mr. Birtcher's drug use on his immunological functions, brain functions, life expectancy, and mental health.

4. <u>Binh T. Ly, M.D., FACMT, FACEP</u>

Dr. Ly is an expert in the field of toxicology. His curriculum vitae and fee schedule are attached as Exhibit D. Dr. Ly will provide testimony on the presence of methamphetamines and other drugs in Kristopher Birtcher, based on medical records and reports. He will testify as to the expected effects of such drugs on Mr. Birtcher, both over the course of his use and on the date of the incident. He will testify to chemicals in Mr. Birtcher's bloodstream on the date of the incident, how they impaired him, and the symptoms Mr. Birtcher displayed consistent with those chemicals. Dr. Ly will testify that the extent of Mr. Birtcher's drug use was a contributing factor to this death.

5. <u>Robert B. Hall, Ph.D.</u>

Dr. Hall is an expert in the field of vocational rehabilitation. His curriculum vitae and fee schedule are attached as Exhibit E. Dr. Hall will testify as to Kristopher Birtcher's future employment prospects and earning capacity. He will testify to Mr. Birtcher's educational history, employment history, and skills and training. He will testify regarding the current and projected job market. Dr. Hall will also testify to Mr. Birtcher's disabilities, addiction, criminal record, and other barriers in the context of his ability to have secured or maintained employment.

Furthermore, Defendants have identified the witnesses below as those who may present evidence under Federal Rules of Evidence 702, 703, or 705, but who are not retained or specially employed by Defendants to provide expert testimony. In accordance with the Court's operative scheduling order (Doc. No. 31), and with Federal Rule of Civil

Procedure 26(a)(2)(C), Defendants submit the following summaries of these witnesses' expected testimony:

6. Robert Christopher Cross

Lt. Cross is a San Diego County Sheriff employee and an expert in the fields of Defendant's polices and procedures, deputy training, and use of force. He will testify to law enforcement training in the areas of use of force, defensive tactics, arrest and control tactics, resistance perception, evasion techniques, summoning medical attention, PERT involvement, drug recognition in the field, and usage of restraints and equipment. Lt. Cross is expected to testify regarding national and state-wide training and performance standards in the above-referenced areas; the County of San Diego's training of, and its performance standards for, Sheriff's deputies in these areas, as well as its compliance with the pertinent national and state-wide standards; the actions of the Sheriff's deputies in this case, and their compliance with the training they received, their performance expectations, and County policies/procedures. Lt. Cross may also testify in rebuttal to expert or opinion testimony in his area(s) of expertise.

7. Robert C. Stabley, M.D.

The subject matter of Dr. Stabley's expected testimony includes: the decedent's injuries, the cause(s) of death, and the medical examination (autopsy) of decedent's body and related findings. Dr. Stabley is expected to testify about the decedent's death; the definition of a "homicide" finding regarding cause of death; the decedent's time and speed of death; the autopsy procedure undertaken in this case; and the findings within the autopsy report and how each finding was reached.

DATED: May 1, 2019    THOMAS E. MONTGOMERY, County Counsel

By: _____
RONALD LENERT, Senior Deputy
Attorneys for Defendants County of San Diego (also erroneously sued as "San Diego Sheriff's Department"), William D. Gore, Drew Beatty, Adrien Carrillo (sued as "Adrian Carrillo"), Roland Garza, Joseph Kodadek, John Robledo, Scott Rossall, Frank Stalzer and Scott Winter

# DECLARATION OF SERVICE

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On May 2, 2019, I served the following documents: **DEFENDANTS' AMENDED INITIAL EXPERT DISCLOSURES.** in the following manner:

☒ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☒ By emailing a copy of the foregoing document this date to the email address(es) listed below, respectively. I did not receive within a reasonable period of time after the transmission any electronic message or other indication that the transmission was unsuccessful.

Dale K. Galipo, Esq.
Hang D. Le, Esq.
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
E-mail: dalekgalipo@yahoo.com
E-mail: hlee@galipolaw.com

John Fattahi, Esq.
Law Offices of John Fattahi
21250 Hawthorne Boulevard, Suite 700
Torrance, CA 90503
Email: jfattahi@gmail.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2019, at San Diego, California.

_____
MICHELLE MARTINEZ

A.B. et al v. County of San Diego, et al.; USDC No. 18-CV-1541-MMA-LL