LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (Bar No. 247625)
jfattahi@gmail.com
21250 Hawthorne Boulevard, Suite 700
Torrance, CA 90503
Telephone: (424) 999-5579
Facsimile: (424) 675-2279

*Attorneys for Plaintiffs A.B., Charles Michael Birtcher, and Catherine Birtcher*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| A.B., etc., et al., | Case No. 3:18-cv-01541-MMA-LL |
|---|---|
| Plaintiffs, | **DECLARATION OF JOHN FATTAHI IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENSE EXPERT GARY VILKE** |
| vs. | |
| COUNTY OF SAN DIEGO, et al., | |
| Defendants. | Exhibits A-E *filed concurrently herewith* |
| | Date: Feb. 14, 2020<br>Time: 9:30 a.m.<br>Ctrm: 3D |
| | *The Honorable Michael M. Anello* |

# DECLARATION OF JOHN FATTAHI

I, John Fattahi, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts within the State of California and represent Plaintiffs in the above-captioned action.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. Attached hereto as **Exhibit "A"** is a true and correct copy of Dr. Gary Vilke's Rule 26 Report, which was served on June 17, 2019.

4. Attached hereto as **Exhibit "B"** is a true and correct copy of an article titled "Physiological Effects of a Spit Sock," by Marie Lutz et al., published in 2018, available at https://escholarship.org/uc/item/0xr1d56t.

5. Attached hereto as **Exhibit "C"** is a true and correct copy of relevant portions of the transcript of the deposition of Dr. Gary Vilke, which was conducted on July 19, 2019.

6. Attached hereto as **Exhibit "D"** is a true and correct copy of the Certificate of Death for Decedent Kristopher Birtcher, which was marked as Exhibit 2 to the deposition of Dr. Robert Stabley, which was conducted on May 14, 2019.

7. Attached hereto as **Exhibit "E"** is a true and correct copy of the Physician/Coroner's Amendment to the Certificate of Death for Decedent Kristopher Birtcher, which was marked as Exhibit 3 to the deposition of Dr. Robert Stabley, which was conducted on May 14, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 19, 2019   /s/ John Fattahi
                           John Fattahi