LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (Bar No. 247625)
jfattahi@gmail.com
21250 Hawthorne Boulevard, Suite 700
Torrance, CA 90503
Telephone: (424) 999-5579
Facsimile: (424) 675-2279

*Attorneys for Plaintiffs A.B., Charles Michael Birtcher, and Catherine Birtcher*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No. 3:18-cv-01541-MMA-LL<br><br>**DECLARATION OF JOHN FATTAHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEPUTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: Feb. 14, 2020<br>Time: 9:30 a.m.<br>Ctrm: 3D<br><br>*The Honorable Michael M. Anello* |

| | |
|---|---|
| 1 | **DECLARATION OF JOHN FATTAHI** |
| 2 | I, John Fattahi, declare and state under penalty of perjury, as follows: |
| 3 | 1.   I am one of the attorneys of record for Plaintiffs A.B., Charles Michael |
| 4 | Birtcher, and Catherine Birtcher. I have personal knowledge of the facts contained |
| 5 | in this declaration and if called to testify I could and would competently testify |
| 6 | thereto. |
| 7 | 2.   I am filing this Declaration in opposition to Deputy Defendants' motion |
| 8 | for summary judgment and in support of Plaintiffs' cross-motion for summary |
| 9 | adjudication. |
| 10 | 3.   Attached hereto as **Exhibit "A"** is a true and correct copy of relevant |
| 11 | pages of the deposition transcript of Drew Beatty, taken on April 24, 2019. |
| 12 | 4.   Attached hereto as **Exhibit "B"** is a true and correct copy of relevant |
| 13 | pages of the deposition transcript of Briana Brasel, taken on August 8, 2019. |
| 14 | 5.   Attached hereto as **Exhibit "C"** is a true and correct copy of relevant |
| 15 | pages of the deposition transcript of Lawrence Cady, taken on July 24, 2019. |
| 16 | 6.   Attached hereto as **Exhibit "D"** is a true and correct copy of Exhibit 3 |
| 17 | to the deposition of Lawrence Cady, taken on July 24, 2019. |
| 18 | 7.   Attached hereto as **Exhibit "E"** is a true and correct copy of relevant |
| 19 | pages of the deposition transcript of Adrien Carrillo, taken on April 24, 2019. |
| 20 | 8.   Attached hereto as **Exhibit "F"** is a true and correct copy of relevant |
| 21 | pages of the deposition transcript of the County of San Diego, by its Rule 30(b)(6) |
| 22 | designee Christopher Cross, taken on July 18, 2019. |
| 23 | 9.   Attached hereto as **Exhibit "G"** is a true and correct copy of Exhibit 13 |
| 24 | to the deposition of the County of San Diego, by its Rule 30(b)(6) designee |
| 25 | Christopher Cross, taken on July 18, 2019. |
| 26 | 10.   Attached hereto as **Exhibit "H"** is a true and correct copy of relevant |
| 27 | pages of the deposition transcript of Roland Garza, taken on April 22, 2019. |
| 28 | |

11. Attached hereto as **Exhibit "I"** is a true and correct copy of relevant pages of the deposition transcript of the County of San Diego, by its Rule 30(b)(6) designee Joseph Jarjura, taken on July 18, 2019.

12. Attached hereto as **Exhibit "J"** is a true and correct copy of relevant pages of the deposition transcript of Joseph Kodadek, taken on April 23, 2019.

13. Attached hereto as **Exhibit "K"** is a true and correct copy of relevant pages of the deposition transcript of Binh Ly, M.D., taken on July 19, 2019.

14. Attached hereto as **Exhibit "L"** is a true and correct copy of relevant pages of the deposition transcript of Jeffrey Martin, taken on August 15, 2019.

15. Attached hereto as **Exhibit "M"** is a true and correct copy of relevant pages of the deposition transcript of the County of San Diego, by its Rule 30(b)(6) designee Aaron Meleen, taken on June 12, 2019.

16. Attached hereto as **Exhibit "N"** is a true and correct copy of Exhibit 5 to the deposition of the County of San Diego, by its Rule 30(b)(6) designee Aaron Meleen, taken on June 12, 2019.

17. Attached hereto as **Exhibit "O"** is a true and correct copy of Exhibit 6 to the deposition of the County of San Diego, by its Rule 30(b)(6) designee Aaron Meleen, taken on June 12, 2019.

18. Attached hereto as **Exhibit "P"** is a true and correct copy of relevant pages of the deposition transcript of Alan Noble, taken on April 23, 2019.

19. Attached hereto as **Exhibit "Q"** is a true and correct copy of relevant pages of the deposition transcript of Bennet Omalu, M.D., taken on August 14, 2019.

20. Attached hereto as **Exhibit "R"** is a true and correct copy of relevant pages of the deposition transcript of John Robledo, taken on April 22, 2019.

21. Attached hereto as **Exhibit "S"** is a true and correct copy of relevant pages of the deposition transcript of Scott Rossall, taken on April 23, 2019.

| | |
|---|---|
|1| 22. Attached hereto as **Exhibit "T"** is a true and correct copy of relevant pages of the deposition transcript of Joshua Sherlock, taken on August 9, 2019.|
|3| 23. Attached hereto as **Exhibit "U"** is a true and correct copy of relevant pages of the deposition transcript of Robert Stabley, M.D., taken on May 14, 2019.|

22. Attached hereto as **Exhibit "T"** is a true and correct copy of relevant pages of the deposition transcript of Joshua Sherlock, taken on August 9, 2019.

23. Attached hereto as **Exhibit "U"** is a true and correct copy of relevant pages of the deposition transcript of Robert Stabley, M.D., taken on May 14, 2019.

24. Attached hereto as **Exhibit "V"** is a true and correct copy of Exhibit 1 to the deposition of Robert Stabley, M.D., taken on May 14, 2019.

25. Attached hereto as **Exhibit "W"** is a true and correct copy of Exhibit 2 to the deposition of Robert Stabley, M.D., taken on May 14, 2019.

26. Attached hereto as **Exhibit "X"** is a true and correct copy of Exhibit 3 to the deposition of Robert Stabley, M.D., taken on May 14, 2019.

27. Attached hereto as **Exhibit "Y"** is a true and correct copy of relevant pages of the deposition transcript of Frank Stalzer, taken on April 22, 2019.

28. Attached hereto as **Exhibit "Z"** is a true and correct copy of relevant pages of the deposition transcript of Matthew Steiner, M.D., taken on July 12, 2019.

29. Attached hereto as **Exhibit "AA"** is a true and correct copy of relevant pages of the deposition transcript of Gary Vilke, M.D., taken on July 19, 2019.

30. Attached hereto as **Exhibit "BB"** is a true and correct copy of relevant pages of the deposition transcript of Neal Wagner, taken on August 8, 2019.

31. Attached hereto as **Exhibit "CC"** is a true and correct copy of relevant pages of the deposition transcript of Scott Winter, taken on April 24, 2019.

32. A flash drive containing **Exhibits DD-LL and Exhibits EEE-YYY** is attached hereto and/or is being manually filed with the Court.

33. **Exhibit "DD"** is a true and correct copy of an audio recording of the interview of Drew Beatty bearing the filename "**COSD 407 Beatty Crysler.MP3**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "MM"** is relevant pages of a transcript of the recording.

34. **Exhibit "EE"** is a true and correct copy of an audio recording of the interview of Lawrence Cady bearing the filename "**COSD 412 Cady Clem.MP3**" that was produced in discovery in this case by Defendant County of San Diego.

35. **Exhibit "FF"** is a true and correct copy of an audio recording of the interview of Adrien Carrillo bearing the filename "**COSD 414 Carrillo Patron.MP3**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "NN"** is relevant pages of a transcript of the recording.

36. **Exhibit "GG"** is a true and correct copy of an audio recording of the interview of Roland Garza bearing the filename "**COSD 416 Garza Clem.MP3**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "OO"** is relevant pages of a transcript of the recording.

37. **Exhibit "HH"** is a true and correct copy of an audio recording of the interview of Joseph Kodadek bearing the filename "**COSD 422 Kodadek Patron.MP3**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "PP"** is relevant pages of a transcript of the recording.

38. **Exhibit "II"** is a true and correct copy of an audio recording of the interview of John Robledo bearing the filename "**COSD 427 Robledo Crysler.MP3**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "QQ"** is relevant pages of a transcript of the recording.

39. **Exhibit "JJ"** is a true and correct copy of an audio recording of the interview of Scott Rossall bearing the filename "**COSD 430 Rossall Hubbert.WMA**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "RR"** is relevant pages of a transcript of the recording.

40. **Exhibit "KK"** is a true and correct copy of an audio recording of the interview of Frank Stalzer bearing the filename "**COSD 432 Stalzer Patron.MP3**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "SS"** is relevant pages of a transcript of the recording.

41. **Exhibit "LL"** is a true and correct copy of an audio recording of the interview of Scott Winter bearing the filename "**COSD 558 Winter Patron.MP3**" that was produced in discovery in this case by Defendant County of San Diego. Attached hereto as **Exhibit "TT"** is relevant pages of a transcript of the recording.

42. Attached hereto as **Exhibit "UU"** is a true and correct copy of relevant pages of Taser warnings produced in discovery by Defendant County of San Diego.

43. Attached hereto as **Exhibit "VV"** is a true and correct copy of relevant pages of a Taser training presentation produced in discovery by Defendant County of San Diego.

44. Attached hereto as **Exhibit "WW"** are true and correct copies of two photographs depicting Robledo's used Taser cartridges produced in discovery by Defendant County of San Diego.

45. Attached hereto as **Exhibit "XX"** is a true and correct copy of relevant pages of the National Consensus Policy and Discussion Paper on Use of Force, by the International Association of Chiefs of Police and 10 other significant law enforcement leadership and labor organizations in the United States, published in October 2017.

46. Attached hereto as **Exhibit "YY"** is a true and correct copy of the Model Policy on Arrest, by the International Association of Chiefs of Police, last updated July 2018.

47. Attached hereto as **Exhibit "ZZ"** is a true and correct copy of the article "The Prone Restraint—Still a Bad Idea," from "Policy Review," by the International Association of Chiefs of Police, published in Spring 1998.

48. Attached hereto as **Exhibit "AAA"** is a true and correct copy of relevant pages of the January 2019 issue of "Police Chief," by the International Association of Chiefs of Police, published in 2018.

49. Attached hereto as **Exhibit "BBB"** is a true and correct copy of the Anaheim Police Department Policy Manual, "Policy 306: Handcuffing and Restraints," dated January 15, 2014, a Lexipol, LLC policy.

50. Attached hereto as **Exhibit "CCC"** is a true and correct copy of the postmortem toxicology testing results for Birtcher produced in discovery by Defendant County of San Diego.

51. Attached hereto as **Exhibit "DDD"** is a true and correct copy of Birtcher's medical records from California Correctional Health Care Services.

52. **Exhibit "EEE"** is a true and correct copy of an audio recording of the first telephone call by Lawrence Cady to the San Diego Sheriff's Department on October 14, 2017, bearing the filename "**COSD 404-Comm Center.wma**" that was produced in discovery in this case by Defendant County of San Diego.

53. **Exhibit "FFF"** is a true and correct copy of a composite video recording of the incident, bearing the filename "**CombinedVideoBirtcher.mp4**" created by forensic video expert William Krone.

54. **Exhibit "GGG"** is a true and correct copy of a video recording of the incident by a WinCo Foods surveillance camera, bearing the filename "**COSD 402 WinCo Video.wmv**" that was produced in discovery in this case by Defendant County of San Diego.

55. **Exhibit "HHH"** is a true and correct copy of a video recording of the incident by Kodadek's body worn camera, bearing the filename "**COSD 398 – Kodadeck BWC 10.14.17.mp4**" that was produced in discovery in this case by Defendant County of San Diego.

56. **Exhibit "III"** is a true and correct copy of a video recording of the incident by Stalzer's body worn camera, bearing the filename "**COSD 400 – Stalzer**

1 **BWC 10.14.17.mp4**" that was produced in discovery in this case by Defendant County of San Diego.

57. **Exhibit "JJJ"** is a true and correct copy of a video recording of the incident by Noble's body worn camera, bearing the filename "**COSD 399 – Noble BWC 10.14.17.mp4**" that was produced in discovery in this case by Defendant County of San Diego.

58. **Exhibit "KKK"** is a true and correct copy of a video recording of the incident by Crawford's body worn camera, bearing the filename "**COSD 397 – Crawford BWC 10.14.17.mp4**" that was produced in discovery in this case by Defendant County of San Diego.

59. **Exhibit "LLL"** is a true and correct copy of a video recording of the incident by witness Ariel John, bearing the filename "**00078 – Video_1.MOV.**"

60. **Exhibit "MMM"** is a true and correct copy of a video recording of the incident by witness S.S., bearing the filename "**COSD 565 IMG_8594.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

61. **Exhibit "NNN"** is a true and correct copy of a video recording of the incident by witness S.S., bearing the filename "**COSD 567 IMG_8596.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

62. **Exhibit "OOO"** is a true and correct copy of a video recording of the incident by witness S.S., bearing the filename "**COSD 570 IMG_8599.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

63. **Exhibit "PPP"** is a true and correct copy of a video recording of the incident by witness S.S., bearing the filename "**COSD 576 IMG_8605.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

64. **Exhibit "QQQ"** is a true and correct copy of a video recording of the incident by witness S.S., bearing the filename "**COSD 578 IMG_8607.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

65. **Exhibit "RRR"** is a true and correct copy of a video recording of the incident by witness S.S., bearing the filename "**COSD 581 IMG_8613.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

66. **Exhibit "SSS"** is a true and correct copy of a video recording of the incident by witness Stella Myers, bearing the filename "**00075 – Stella video 1.MOV.**"

67. **Exhibit "TTT"** is a true and correct copy of a video recording of the incident by witness Stella Myers, bearing the filename "**00076– Stella video 2.MOV.**"

68. **Exhibit "UUU"** is a true and correct copy of a video recording of the incident by witness Alejandro Ramos, bearing the filename "**COSD 586 Alejandro Ramos Cell Video.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

69. **Exhibit "VVV"** is a true and correct copy of a video recording of the incident by witness Donna Boe, bearing the filename "**COSD 562 IMG_9134.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

70. **Exhibit "WWW"** is a true and correct copy of a video recording of the incident by witness Donna Boe, bearing the filename "**Flipped COSD 563 IMG_9135.mp4.**" The original video bearing the filename "**COSD 563 IMG_9135.MOV**" produced in discovery in this case by Defendant County of San Diego has been rotated 180 degrees.

71. **Exhibit "XXX"** is a true and correct copy of a video recording bearing the filename "**COSD 3896 ExcitedDelirium_2007.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

72. **Exhibit "YYY"** is a true and correct copy of a video recording bearing the filename "**COSD 3895 MaxRestraintCordCuff_2007.MOV**" that was produced in discovery in this case by Defendant County of San Diego.

-8- Case No. 3:18-cv-01541-MMA-LL
FATTAHI DECL. ISO PLS.' OPP'N TO DEPUTY DEFS.' MOT. FOR SUMM. J. AND CROSS-MOT. FOR SUMM. ADJ.

1    I declare under penalty of perjury pursuant to the laws of the United States
2    that the foregoing is true and correct.
3        Executed on December 16, 2019, at Torrance, California.

                                                            /s/ John Fattahi