LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (Bar No. 247625)
jfattahi@gmail.com
21250 Hawthorne Boulevard, Suite 700
Torrance, CA 90503
Telephone: (424) 999-5579
Facsimile: (424) 675-2279

*Attorneys for Plaintiffs A.B., Charles Michael Birtcher, and Catherine Birtcher*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No. 3:18-cv-01541-MMA-LL <br><br> **DECLARATION OF ROGER CLARK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEPUTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY ADJUDICATION** <br><br> Exhibits A-C *attached hereto* <br><br> Date: Feb. 14, 2020 <br> Time: 9:30 a.m. <br> Ctrm: 3D <br><br> *The Honorable Michael M. Anello* |

Case No. 3:18-cv-01541-MMA-LL
CLARK DECL. ISO PLS.' OPP'N TO DEPUTY DEFS.' MOT. FOR SUMM. J. AND CROSS-MOT. FOR SUMM. ADJ.

# DECLARATION OF ROGER CLARK

I, Roger Clark, declare and state under penalty of perjury, as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

1. Attached hereto as **Exhibit "A"** is a true and correct copy of my Rule 26 expert report in this case, which contains opinions I have formed regarding this matter after reviewing the listed materials.

2. Attached hereto as **Exhibit "B"** is a true and correct copy of my Supplemental Rule 26 expert report in this case, which contains opinions I have formed regarding this matter after reviewing the listed materials.

3. Attached hereto as **Exhibit "C"** is a true and correct copy of my curriculum vitae setting forth my qualifications to provide expert testimony in this matter.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on December 12, 2019, at Santee, California.

Roger A. Clark