LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JOHN FATTAHI
John Fattahi, Esq. (Bar No. 247625)
jfattahi@gmail.com
21250 Hawthorne Boulevard, Suite 700
Torrance, CA 90503
Telephone: (424) 999-5579
Facsimile: (424) 675-2279

*Attorneys for Plaintiffs A.B., Charles Michael Birtcher, and Catherine Birtcher*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No. 3:18-cv-01541-MMA-LL <br><br> **DECLARATION OF RONALD O'HALLORAN, M.D. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEPUTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY ADJUDICATION** <br><br> Exhibits A-C *attached hereto* <br><br> Date: Feb. 14, 2020 <br> Time: 9:30 a.m. <br> Ctrm: 3D <br><br> *The Honorable Michael M. Anello* |

# DECLARATION OF RONALD O'HALLORAN, M.D.

I, Ronald O'Halloran, M.D., declare and state under penalty of perjury, as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

1. Attached hereto as **Exhibit "A"** is a true and correct copy of my Rule 26 expert report in this case, which contains opinions I have formed regarding this matter after reviewing the listed materials.

2. Attached hereto as **Exhibit "B"** is a true and correct copy of my Supplemental Rule 26 expert report in this case, which contains opinions I have formed regarding this matter after reviewing the listed materials.

3. Attached hereto as **Exhibit "C"** is a true and correct copy of my curriculum vitae setting forth my qualifications to provide expert testimony in this matter.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2019, at Henderson, Nevada.

*/s/ Ron O'Halloran*

-1- Case No. 3:18-cv-01541-MMA-LL
O'HALLORAN DECL. ISO PLS.' OPP'N TO DEPUTY DEFS.' MOT. FOR SUMM. J. AND CROSS-MOT. FOR SUMM. ADJ.