# Exhibit "C"

# CURRICULUM VITAE
## Ronald L. O'Halloran, M.D.

December 2019

## ADDRESS AND PHONE:

Home:   2710 Grand Forks Road
        Henderson, NV 89052
        Phone (805) 647-5198

## COLLEGE EDUCATION:

*Gonzaga University*
Spokane, Washington
Psychology and Pre-medicine, BA, 1972
Honors:   Honor Society
          Graduation - Summa Cum Laude

## MEDICAL SCHOOL EDUCATION:

*Oregon Health Sciences University*
Portland, Oregon
*Doctor of Medicine*, 1977
Honors:  Sneeden Award for Excellence in Pathology, 1977

## MEDICAL INTERNSHIP AND RESIDENCY TRAINING:

Anatomic Pathology:   *Oregon Health Sciences University*
                      Department of Pathology,
                      Portland, Oregon, 1974 - 1977
                      Student Fellowship in Pathology

                      *U.C.L.A. Hospitals and Clinics*
                      Department of Pathology
                      Los Angeles, California, 1977 - 1979

Forensic Pathology:   *Office of the Chief State Medical Investigator*
                      University of New Mexico
                      Albuquerque, New Mexico, 1979

                      *Oregon State Medical Examiner Office*
                      Portland, Oregon, 1980 -1981

**Exhibit C-1**

PROFESSIONAL BOARD CERTIFICATIONS:

    American Board of Pathology
    Certification in *Anatomic Pathology* - November, 1980

    American Board of Pathology
    Certification in *Forensic Pathology* - May, 1981

ASSOCIATIONS:

| | |
|---|---|
| Former: | Oregon Pathologists Association |
| | Washington County Medical Society (Oregon) |
| | Tri-counties Investigators' Association (CA) |
| | American Medical Association |
| | California State Coroners Association |
| Current: | National Association of Medical Examiners - emeritus status |
| | International Association of Coroners and Medical Examiners |

FORMER POSITIONS:

    Deputy Chief Medical Examiner,
        State of Oregon, 1979-1985
    Washington County Medical Examiner,
        Oregon, 1983-1985
    Instructor in Anatomic and Forensic Pathology,
        University of Oregon Medical School, 1979-85
    Clinical Assistant Professor, Department of Pathology,
        Division of Forensic Studies,
        University of Oregon Dental School, 1984-85
    Assistant Chief Medical Examiner
        Ventura County, California, 1985-92
    Chief Medical Examiner - Coroner
        Ventura County, California, 1993-2012 (retired)
    Forensic Pathologist, Department of Medicine,
        Ventura County Medical Center, 1985-2013

CURRENT POSITIONS:

    Forensic Pathology Consultant, 1980-present

OTHER APPOINTMENTS:

    Lecturer - Ventura County Criminal Justice
        Training Center, 1986-2012

**Exhibit C-2**

      Lecturer - Basic Coroner Academy, California Board of
        Police Standards and Training, 1989-2012
      Lecturer - Ventura County Traffic Accident
        Investigators School, 1990-2012
      Ventura County Child Death Review Team, 1988-2008

## MEDICAL LICENSURE:

    Oregon, 1979-2015
    California, 1978-79, 1985-2019

## OTHER AWARDS:

    *1996 Manager of the Year*
      California State Coroners' Association
    *2011 Mentoring/Teaching Award*
      Ventura County Management Council

## PUBLICATIONS:

1. Atypical Papillary Hyperplasia of the Pancreatic Duct Mimicking Obstructing Pancreatic Carcinoma. New England Journal of Medicine: 301; 531-532, Sept 6, 1979.

2. Deaths during the May, 1980, Eruption of Mount St. Helens. New England Journal of Medicine. 305: 931-936, Oct. 15, 1981.

3. Three Fatalities in a Flash Fire with Variable Dental Charring. American Journal of Forensic Medicine and Pathology. 6(3): 248-249, Sept., 1985.

4. Age and Ossification of the Hyoid Bone: Forensic Implications. Journal of Forensic Sciences. Vol. 32(6): Nov., 1987.

5. Autoerotic Asphyxial Death Following Television Broadcast. Journal of Forensic Sciences. Vol. 33(6): 1493-94, Nov., 1988.

6. Death by Embolization of Prosthetic Aortic Valve. American Journal of Forensic Medicine and Pathology. Vol. 12(l): 80-81, March, 1991.

7. Autoerotic Fatalities with Power Hydraulics. Journal of Forensic Sciences. JFSCA. Vol. 38, (2): 359-364, March, 1993.

8. An Accidental Death Related to Cocaine, Cocaethylene and Caffeine. Presented at the 1993 American Academy of Forensic Sciences Annual Meeting, Boston. Journal of Forensic Sciences, JFSCA, Vol. 38(6): 1513-1515, November, 1993.

9. Restraint Asphyxiation in Excited Delirium. American Journal of Forensic Medicine and Pathology. Vol. 14(4): 289-295. Dec., 1993.

**Exhibit C-3**

10. <u>The Author's Response</u>. (Letter to the Editor re: Restraint Asphyxia Death Certification) American Journal of Forensic Medicine and Pathology. Vol. 15, (4): page 348, Dec. 1994.

11. <u>Child Abuse Reports in Families with Sudden Infant Death Syndrome</u>. American Journal of Forensic Medicine and Pathology. Vol.19(1):57-62, March, 1998.

12. <u>Age and Sex-Related Variation in Hyoid Bone Morphology</u>. Journal of Forensic Sciences. 1998; Vol. 43(6):1138-1143.

13. <u>Asphyxial Death During Prone Restraint Revisited: A Report of 21 Cases</u>. American Journal of Forensic Medicine and Pathology. March 2000; 21(1):39-52.

14. <u>The Authors' Reply</u>. (Letter to the Editor re: Restraint Asphyxia Diagnosis) American Journal of Forensic Medicine and Pathology. Dec. 2000; 21(4): p 420.

15. <u>Reenactment of Circumstances in Deaths Related to Restraint</u>. American Journal of Forensic Medicine and Pathology. Sept. 2004 Vol. 25(3): pp 190-193.

16. <u>Tied Up and Isolated in the Schoolhouse</u>. WK Mohr, J LeBel, RL O'Halloran, C Preustch. The Journal of School Nursing. April 2010 Vol. 26(4): pp 91-101

17. <u>Restraint and Seclusion Use in U.S. School Settings: Recommendations From Allied Treatment Disciplines</u>. J LeBel, MA Nunno, WK Mohr, RL O'Halloran American Journal of Orthopsychiatry. January 2012 Vol. 82(1): pp 75–86.

18. <u>California: Home of the Sheriff-Coroner</u>. Academic Forensic Pathology. 2014 4 (1): 74-79.

<u>SELECTED LECTURES GIVEN</u>:

1. *Oregon State Medical Examiner Death Investigation Seminars*. 1980-1985. All aspects of forensic death investigation.

1. "*Sudden Death from Natural Causes.*" Oregon Health Sciences University Medical School. 1980-1985.

2. "*Sudden Death in Alcoholics.*" Oregon Pathologists Association. 1983.

3. "*Postmortem Time of Death Determination*; *Postmortem Identification*; *Functions of Medical Examiner/Coroner*". Ventura County Sheriff's Academy. 1986 to present.

4. "*Postmortem Identification.*" International Association of Forensic Identification, California Division. 1989 Annual Conference.

5. "*Investigation of Traffic Fatalities.*" Ventura County Sheriff Traffic Investigator School. 1990 to present.

**Exhibit C-4**

6. "*The Dead Body as Evidence.*"  Pepperdine University School of Law.  1993-1996.

7. "*Investigating Asphyxial Deaths in Custody.*" Los Angeles Correctional Medical Service. 1994.

8. "*Positional/Restraint Asphyxial Deaths.*"  California Coroners Association Annual Training Conference.  1994.

9. "*Investigating Traffic Fatalities.*"  International Association of Medical Examiners and Coroners Annual Conference.  1995.

10. "*Sudden Infant Death Syndrome vs. Child Abuse.*"  California SIDS Program Training Seminar.  1995.

11. "*Restraint Asphyxia in Custody: the Ventura County Experience.*"  National Association of Medical Examiners Annual Conference. 1995.

12. "*The Dead Body as Evidence.*"  Ventura County Emergency Medical Services Second Annual Conference.  May 24, 1996.

13. "*Death by Asphyxia and Restraint.*"  Ventura County Emergency Medical Services Third Annual Conference.  June 5, 1997.

14. Lecturer, California POST certified "Basic Death Investigation" course. Addressing *Time of Death*, *Postmortem Changes*, *Postmortem Identification*, *Asphyxial Deaths*, *Blunt and Sharp Force Injuries*, *Traffic Fatalities* and *Gunshot Wounds*.  1987-1999.

15. "*Positional Asphyxia and Restraint Asphyxia*".  Ventura County Police and Sheriff Patrol Commander Meeting.  April 23, 1998.

16. *"Asphyxia, Sudden Death and In-Custody Restraint".*  California State Coroner Association Advanced Training Program.  Riverside, CA.  September 22, 1998.

17. "*Restraint Asphyxia:  Asphyxia by Chest Compression during Prone Restraint."*  Los Angeles County Medical Examiner CME Death Investigation Conference.  May 27, 1999.

18. *"How to Interpret an Autopsy Report."*  California Public Defenders Association. Training meeting in Oxnard.  November 20, 1999.

19. "*The Crash of Alaska Flight 261 - Medical Examiner Operations and Identification Issues*" Ventura County Emergency Medical Services Sixth Annual Conference.  June 2, 2000.

20. "*How and When a Physician Should Sign a Death Certificate."*
    - VCMC Medicine Staff Conference, September 11, 1997.
    - St. John's & Los Robles Regional Medical Center's CME Conference, Sept. 26, 2000.

**Exhibit C-5**

- VCMC Family Practice Resident Physician Conference, Feb. 21, 2007.

21. "*The Crash of Alaska Flight 261 - Medical Examiner Operations and Identification Issues*".  California Emergency Services Association Annual Conference.  South Lake Tahoe, CA.  October 18, 2000.

22. *"Manner of Death Determination; Restraint Asphyxia; the Crash of Alaska Flight 261 - Medical Examiner Operations and Identification Issues".*  California State Coroner Association Advanced Training Program.  Ventura, CA.  September 18-21, 2001.

23. *"How a Medical Examiner Uses Postmortem Toxicology".*  California Association of Toxicologists meeting.  Ventura, CA.  November 2, 2002.

24. *"Videotaped re-enactment of Deaths during Restraint.*"  Presented at the National Association of Medical Examiners Annual Meeting.  October, 2003.

25. "*Restraint Asphyxia and the Sudden In-Custody Death Syndrome.*"  California State Coroner Association Advanced Symposium.  Riverside, CA.  Sept. 2008.

26. "*Restraint Asphyxia and the Sudden Custody Death Syndrome."*  Institute for the Prevention of In-Custody Death 4th Annual Meeting.  Las Vegas, Nevada.  November 2009.

27. "*Restraint Asphyxia Deaths: Contributing Factors, Misconceptions and Preventive Strategies."* Institute for the Prevention of In-Custody Death 9th Annual Meeting. Las Vegas, Nevada.  November 2009.

**Exhibit C-6**